MHN

08cv691
JUDGE MORAN
MAG. JUDGE NOLAN

**APPEARANCE FORM FOR**
**DISTRICT COURT FOR THE NORT**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME:                     Terry J. Maier

STREET ADDRESS:           14780 Galena Road

CITY/STATE/ZIP:           Plano, Illinois  60545

PHONE NUMBER:             630-552-8297

CASE NUMBER:              _____

**FILED**
J.N   1-31-2008
JAN 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Signature

_____
Date
1-28-08