# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 691 | **DATE** | 4/9/2008 |
| **CASE TITLE** | TERRY JAMES MAIER vs. USA | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/8/2008. Plaintiff's motion for default judgment is entered and continued, generally.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | LG |
|---|---|---|