

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois-Eastern Division

**FILED**
Apr 9, 2008
APR 9 - 2008

Terry James Maier

        Plaintiff,

v.

        Case No. 08cv691
        Honorable Judge Moran
        MAG. Judge Nolan

Judge James B. Moran
United States District Court

United States

        Defendant.

## MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff Terry James Maier and files this Motion for Default Judgment, asking the Court to grant Plaintiff's Petition to Quash Summons previously filed on January 28, 2008, and would show the Court as follows:

1. Defendant failed and continues to fail to file any answer in this matter.

2. Plaintiffs has proven by his petition and supporting evidence that he does not belong to any of the classes subject to the summons authority of Defendant.

Wherefore Plaintiff respectfully pray this Court quash the summons as requested in the original petition.

Respectfully submitted this 3rd day of April, 2008.

                                                _Terry James Maier_
                                                Terry James Maier

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois-Eastern Division

Terry James Maier
        Plaintiff,

v.
        Case No. 08cv691
        Honorable Judge Moran
        MAG. Judge Nolan

United States
        Defendant.

### ORDER TO QUASH SUMMONS

The Summonses issued by Defendant January 2, 2008 which are the subject of this proceeding are hereby ordered quashed and of no effect.

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Terry James Maier          Plaintiff

       VS.

United States          Defendant

PROOF OF SERVICE

TO:  U.S. Attorney
Everett McKinley Dirksen Bldg.
219 S. Dearborn St. 5th Floor
Chicago, Illinois 60604

TO:  U.S. District Court-Clerk
Everett Mckinley Dirksen Bldg.
219 S. Dearborn St. 20th Floor
Chicago, Illinois 60604

TO:  IRS Agent M. Chiannelli
Stop 4824 WSB
2001 Butterfield Road – 12th floor
Downers Grove, Illinois 60515

TO:  U.S. Attorney General –
Michael B. Mukasey
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

I, the undersigned plaintiff, certify that on the 3rd day of April, 2008, I served a copy of this Motion for Default, Appearance form for Pro Se Litigants and Affidavit to each person whom it is directed by way of Certified Mail, Priority Mail or Express Mail.

Name:       Terry James Maier

Address:    14780 Galena Road

City/Zip:   Plano, Illinois 60545

Telephone:  630-552-8297

*[signature]*  April 3, 2008
Terry James Maier   Date

## AFFIDAVIT

State of Illinois

County of Kendall

Before the undersigned, an officer duly commissioned by the laws of Illinois, on this 28th day of January, 2008, personally appeared Terry Maier who, having been first duly sworn, deposes and says:

    I am Terry Maier of Plano, Kendall County, Illinois.

    I am of competent age and mind.

    I am a private-sector, non-federally-connected individual.

    I have not refused or neglected to render any federal-tax-related list or return within the time required upon being notified or required to do so.

    I am not, and never have been, required to deliver a monthly or other return of objects subject to tax.

    I am not, and never have been, engaged in the administration or enforcement of any internal revenue laws.

    I do not waive any of my rights at any time.

Affiant: _____
Terry Maier

Witness: _____

Sworn and subscribed before me this 28 day of Jan. A.D. 2008

OFFICIAL SEAL
DEBORAH J. FISHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08/12/2011

Notary Public _____

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Terry J. Maier

STREET ADDRESS: 14780 Galena Road

CITY/STATE/ZIP: Plano, Illinois 60545

PHONE NUMBER: 630-552-8297

CASE NUMBER: 08 cv 691

_____           1-28-08
Signature                                  Date